# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN L. ARMSTRONG, | NO. CV 07-1101 RGK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LARRY SMALL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 30, 2009.

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE